IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC. | * |
| Plaintiff, | * |
| v. | Case No.  4:16-CV-179-CDL |
| | * |
| STELLAR GROUP, INC. and LIBERTY MUTUAL INSURANCE COMPANY, | * |
| Defendants. | * |

## **J U D G M E N T**

On October 26, 2018, the jury returned a verdict as follows:  (1) in favor of Plaintiff Cleveland Construction, Inc. on its claims against Defendant Stellar Group, Inc., in the amount of $2,481,060.00; (2) in favor of Defendant Liberty Mutual Insurance Company as to Plaintiff's claims against it; and (3) in favor of Defendant Stellar Group, Inc. against Cleveland Construction, Inc. in the amount of $1,300,000.00 as to Defendant Stellar Group, Inc.'s counterclaims. Based upon the stipulation regarding set-off, JUDGMENT is hereby entered in favor of Cleveland Construction, Inc. against Defendant Stellar Group, Inc. in the amount of $1,181,060.00, which shall accrue interest from the date of entry of judgment at the rate of 2.67% per annum until paid in full.  JUDGMENT is entered in favor of Defendant Liberty Mutual Insurance Company as to Plaintiff's claims against it.

This 26th day of October, 2018.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk

S/Clay D. Land
Approved by Chief U.S. District Court Judge, Clay D. Land