IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC., | * |
| Plaintiff, | * |
| v. | Case No. 4:16-cv-179 (CDL) |
| | * |
| STELLAR GROUP, INC. and LIBERTY MUTUAL INSURANCE COMPANY, | * |
| Defendants. | * |

## **A M E N D E D   J U D G M E N T**

Pursuant to the jury verdict dated October 26, 2018, and this court's Order, dated April 3, 2019, AMENDED JUDGMENT is hereby entered as follows:

(1) in favor of Plaintiff Cleveland Construction, Inc. on its claims against Defendant Stellar Group, Inc., in the amount of $2,481,060.00;

(2) in favor of Defendant Liberty Mutual Insurance Company as to Plaintiff's claims against it;

(3) in favor of Defendant Stellar Group, Inc. against Cleveland Construction, Inc. in the amount of $1,300,000.00 as to Defendant Stellar Group, Inc.'s counterclaims; and

(4) based upon the stipulation regarding set-off, the Court's award of prejudgment interest, and the assessment of costs, JUDGMENT is hereby entered in favor of Cleveland Construction, Inc. against Defendant Stellar Group, Inc. in the amount of $1,288,765.53, which consists of the original judgment, plus prejudgment interest and costs, and which shall accrue interest from the date of entry of judgment at the rate of 2.41% per annum until paid in full.

This 3rd day of April, 2019.

            David W. Bunt, Clerk


            s/ Timothy L. Frost, Deputy Clerk


_S/Clay D. Land
Approved by Clay D. Land
Chief U.S. District Judge